Movant was sentenced as a prior offender to two concurrent terms of ten years' imprisonment. Movant now appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant raises one point on appeal, alleging the motion court erred in denying his post-conviction motion because his plea counsel failed to investigate the existence of a bus stop.

We have reviewed the briefs of the parties and the record on appeal. We find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed. Rule 84.16(b).

Ethan B. Corlija, Clayton, MO, for appellant.

Chris Koster, Atty. Gen., Terrence M. Messonnier, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Robert Page appeals from the trial court's judgment finding him guilty of attempted statutory sodomy in the first degree, Sections 566.062 and 564.011 RSMo 2000. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Robert PAGE, Appellant.**

**Nos. ED 94440, ED 96058.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 15, 2011.

**Elizabeth EVANS, Appellant,**

v.

**HANNIBAL AREA COUNCIL OF AGING and Division of Employment Security, Respondents.**

**No. ED 94914.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 15, 2011.

Elizabeth Evans, Palmyra, MO, pro se.

Hannibal Area Council of Aging, Hannibal, MO, pro se.